IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| GARETH COY BOYD, | * |
| Plaintiff, | * |
| v. | Case No. 7:23-CV-3 (HL) |
| | * |
| LOWNDES COUNTY PUBLIC DEFENDERS OFFICE, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 15, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 15th day of June, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk